UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  RUSSELL E WILLIAMS III<br>  CHRISTY A WILLIAMS<br>                              Debtors | CASE NO: 07-31820<br>          (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035589**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 17/ 43 | RADIOLOGY PHYSICIANS OF SPRING<br>BOX 713170<br>COLUMBUS, OH  43271 | 49.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service 07-31820

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| RUSSELL E WILLIAMS III<br>CHRISTY A WILLIAMS<br>6549 DEER BLUFF DRIVE<br>HUBER HEIGHTS, OH 45424 | JOHN C A JUERGENS<br>1504 N LIMESTONE ST<br>SPRINGFIELD, OH 45503 | (62.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ 07193 |
| (56.1n)<br>PREMIER BANKCARD<br>PREMIER CSI DEPT SDPR<br>BOX 2208<br>VACAVILLE, CA 95696 | (43.1)<br>RADIOLOGY PHYSICIANS OF SPRING<br>BOX 713170<br>COLUMBUS, OH 43271 | |

Jeffrey M. Kellner BY   /s/ Jeffrey M. Kellner   sv

0731820_42_20101004_0832_278/T317_sv
###